UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPH BALOTTI,

                  Plaintiff,                                20 **CIVIL** 8944 (RWL)

       -v-                                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
-----------------------------------------------------------X

        DECISION AND ORDER: SOCIAL SECURITY APPEAL granting Motion for Judgment on the Pleadings; denying Motion for Judgment on the Pleadings. For the reasons stated above, pursuant to sentence four of 42 U.S.C. § 405(g), Plaintiff's motion is GRANTED, the Commissioner's motion is DENIED, and this case shall be remanded for further proceedings. On remand, the ALJ should separately discuss supportability and consistency and analyze each factor consistent with this opinion.

**Dated:**  New York, New York

       June 7, 2022

                                                                  **RUBY J. KRAJICK**

                                                       _____
                                                             **Clerk of Court**

                               **BY:**
                                                             _____
                                                               **Deputy Clerk**